UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES THORNBURG, ON BEHALF OF
HIMSELF AND ALL SIMILARLY
SITUATED EMPLOYEES,

                Plaintiffs,

-vs-                                      Case No. 6:07-cv-1339-Orl-28UAM

F & R ALUMINUM, INC., RONALD
CIAMPI,

                Defendants.
_____

## ORDER

This case is before the Court on Joint Notice of Filing and Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Doc. No. 37) filed March 10, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed March 17, 2008 (Doc. No. 38) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Motion to Approve the Settlement is **GRANTED** to the extent that it is a fair and reasonable resolution of a bona fide dispute.

3. This case is dismissed with prejudice.

4. All pending motions are **DENIED as moot.**

5. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _11_ day of April, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party